In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-13-00465-CR
_____

JACOB ADAM CHAVEZ, Appellant

V.

THE STATE OF TEXAS, Appellee

_____

On Appeal from the 221st District Court
Montgomery County, Texas
Trial Cause No. 12-09-09566 CR

_____

**MEMORANDUM OPINION**

In this appeal, court-appointed appellate counsel, who represents Jacob Adam Chavez, submitted a brief that contends no arguable grounds can be advanced in Chavez's appeal. The judgment from which Chavez appeals reflects that he was convicted of aggravated robbery. Based on our review of the record, we agree that no arguable issues exist to support Chavez's appeal. *See Anders v. California*, 386 U.S. 738, 744 (1967).

A jury found Chavez guilty of aggravated robbery, and following the punishment phase of his trial, found that he should serve a life sentence and pay a $10,000 fine. *See* Tex. Penal Code Ann. § 29.03(a)(2) (West 2011). On appeal, Chavez's counsel filed a brief presenting counsel's professional evaluation of the record; in the brief, Chavez's counsel concludes that Chavez's appeal is frivolous. *See Anders*, 386 U.S. at 744; *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). We granted an extension of time to allow Chavez to file a *pro se* brief. Chavez filed a response.

After reviewing the appellate record, the *Anders* brief filed by Chavez's counsel, and Chavez's *pro se* response, we agree with counsel's conclusion that any appeal would be frivolous. Consequently, we need not order the appointment of new counsel to re-brief Chavez's appeal. *Cf. Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm the trial court's judgment.[1]

AFFIRMED.

_____
HOLLIS HORTON
Justice

Submitted on October 15, 2014
Opinion Delivered December 10, 2014
Do Not Publish
Before Kreger, Horton and Johnson, JJ.

_____

[1]Chavez may challenge our decision in this case by filing a petition for discretionary review. *See* Tex. R. App. P. 68.